### SAVANNAH, A. & N. RY. CO. v. OLIVER.

(Circuit Court of Appeals, Fifth Circuit. December 14, 1909.)

#### No. 2,012.

Contracts (§ 229*)—Construction—Contract for Construction of Railroad.

Under a contract for the construction of a railroad, by which the contractor was to receive as compensation "the actual cost to himself of the work and labor performed and the materials and supplies furnished, either by himself or under subcontracts, and an amount in addition thereto equal to 7½ per cent. thereof as general contractor's profits," the cost or price of labor, materials, and supplies to be agreed upon between him and the engineer of the railroad company, the contractor is not entitled to charge as a part of the cost a sum for the depreciation of the equipment used by himself and the subcontractors in doing the work.

[Ed. Note.—For other cases, see Contracts, Cent. Dig. §§ 1048–1050; Dec. Dig. § 229.*]

---

*For other cases see same topic & § number in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Appeal from the Circuit Court of the United States for the Southern District of Georgia.

Suit in equity by W. J. Oliver against the Savannah, Augusta & Northern Railway Company. Decree for complainant, and defendant appeals. Modified and affirmed.

J. A. Brannen, Hinton Booth, and James K. Hines, for appellant.

C. Henry Cohen, Joseph R. Lamar, and E. H. Callaway, for appellee.

Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. In this case the master included in the amount found due complainant an item of $17,287.50 for depreciation of equipment, which should have been disallowed. Deducting this item, and correcting the calculations incident thereto, we find the amount due complainant to be $269,874.04, and the judgment of the Circuit Court will be amended in conformity therewith; but in all other respects it is affirmed.